

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

MACK DAVIS,

Defendant.
_____/

Case: 4:24-cr-20375
Judge: Behm, F. Kay
MJ: Ivy, Curtis
Filed: 07-17-2024
INDI USA v. DAVIS (tt)

26 U.S.C. §§ 5841, 5861(d), and 5871
26 U.S.C. §§ 5822, 5861(f), and 5871
26 U.S.C. §§ 5822, 5861(c), and 5871

## INDICTMENT

The Grand Jury charges:



FILED
JUL 17 2024
U.S. DISTRICT COURT
FLINT, MICHIGAN

### COUNT ONE
26 U.S.C. §§ 5841, 5861(d), and 5871
*Possession of an Unregistered Firearm*

On or about June 17, 2024, in the Eastern District of Michigan, the defendant, MACK DAVIS, knowingly possessed a firearm, that is, a CBC (Rossi) Model RS22 semi-automatic .22 caliber rifle, a rifle having a barrel of less than 16 inches in length and a weapon made from a rifle as modified with an overall length of less than 26 inches and a barrel of less than 16 inches in length, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT TWO**
26 U.S.C. §§ 5822, 5861(f), and 5871
*Manufacture of a Firearm in Violation of National Firearms Act*

Between approximately April 29, 2024 and June 17, 2024, in the Eastern District of Michigan, the defendant, MACK DAVIS, knowingly made a firearm, that is, a CBC (Rossi) Model RS22 semi-automatic .22 caliber rifle, a rifle having a barrel of less than 16 inches in length and a weapon made from a rifle as modified with an overall length of less than 26 inches and a barrel of less than 16 inches in length, in violation of Title 26, United States Code, Sections 5822, 5861(f), and 5871.

**COUNT THREE**
26 U.S.C. §§ 5822, 5861(c), and 5871
*Possession of a Firearm Made in Violation of the National Firearms Act*

On or about June 17, 2024, in the Eastern District of Michigan, the defendant, MACK DAVIS, knowingly possessed a firearm, that is, a CBC (Rossi) Model RS22 semi-automatic .22 caliber rifle, a rifle having a barrel of less than 16 inches in length and a weapon made from a rifle as modified with an overall length of less than 26 inches and a barrel of less than 16 inches in length, made in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

## **FORFEITURE ALLEGATION**

The allegations contained in Counts 1 through 3 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses charged in Counts 1, 2, and/or 3 of this Indictment, defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461, any firearm involved in defendant's violation, including, but not limited to the following: A CBC (Rossi) Model RS22 semi-automatic .22 caliber rifle, serial number 7CA213982P the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**THIS IS A TRUE BILL.**

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney


s/ANTHONY P. VANCE
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/FRANCES CARLSON
FRANCES CARLSON
Assistant United States Attorney Deputy
Chief, Public Corruption and Civil
Rights

s/ERIN MONJU
ERIN MONJU
Attorney, Civil Rights Division

s/CHRISTOPHER W. RAWSTHORNE
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney

Dated: July 17, 2024

4

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case C**( | Case: 4:24-cr-20375<br>Judge: Behm, F. Kay<br>MJ: Ivy, Curtis<br>Filed: 07-17-2024<br>INDI USA v. DAVIS (tt) |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cc | | |

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** CR |

**Case Title:** USA v. MACK DAVIS

**County where offense occurred :** GENESEE

**Check One:**    ☑ Felony         ☐ Misdemeanor         ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 X  Indictment/____Information --- based upon prior complaint [Case number: 24-mj-30234      ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 17, 2024
_____
Date

_/s/ Christopher W. Rawsthorne_
Christopher W. Rawsthorne
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone:  (810) 766-5177
Email: Christopher.Rawsthorne@usdoj.gov
WI Bar# 1059889

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013