UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 4:24-cr-20375

MACK DAVIS,                                           Hon. F. Kay Behm

     Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE GOVERNMENT

The United States of America, by and through undersigned counsel, hereby files its Motion to Withdraw Trial Attorney Erin Monju as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that Ms. Monju is resigning from the Department of Justice.  The government further affirms that AUSAs Frances Carlson and Christopher Rawsthorne remain as counsel representing the government in this matter.

Respectfully submitted May 22, 2025.

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

s/ *Erin Monju*
Erin Monju
Trial Attorney
U.S. Department of Justice

Criminal Section
Civil Rights Division
150 M Street NE
Washington, DC 20530
erin.monju@usdoj.gov
(202) 305-5601