UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MACK DAVIS,

    Defendant.

Case No.:   24-CR-20375

Hon. F. Kay Behm

_____

**STIPULATED ORDER TO ADJOURN SENTENCING**
_____

    Defendant's sentencing is currently scheduled for September 16, 2025. The parties stipulate and jointly request that the Court adjourn the date for approximately 90 days to allow the parties additional time to prepare for sentencing. The parties request that the sentencing date be adjourned to December 9, 2025 at 10:00 a.m.

    Respectfully submitted,

| | |
|---|---|
| s/ Christopher W. Rawsthorne (w/consent) | s/ Bryan J. Sherer |
| United States Attorney's Office | Federal Community Defender Office |
| Assistant U.S. Attorney | Attorney for Defendant |
| 600 Church Street, Ste. 210 | 111 E. Court St., Ste. L-100 |
| Flint, Michigan 48502 | Flint, Michigan 48502 |
| (810) 766-5177 | (810) 232-3600 |
| christopher.rawsthorne@usdoj.gov | bryan_sherer@fd.org |

**IT IS SO ORDERED.**

Date: August 22, 2025                     <u>s/F. Kay Behm</u>
                                                    F. Kay Behm
                                                    United States District Judge